The People of the State of New York, Respondent, v Eugene Merritt, Appellant. [689 NYS2d 84] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered May 6, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of 5 to 10 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's requests for assignment of new counsel, made shortly before and during the *Mapp* hearing and trial, since defendant did not establish good cause for such substitution (*see, People v Sides*, 75 NY2d 822). Defendant's unjustified hostility toward, and refusal to communicate with, his counsel did not constitute good cause (*People v Sawyer*, 57 NY2d 12, 19, *cert denied* 459 US 1178; *People v Medina*, 44 NY2d 199, 208-209; *People v Garcia*, 250 AD2d 421, *lv denied* 92 NY2d 897).

Concur—Nardelli, J. P., Tom, Lerner, Mazzarelli and Friedman, JJ.